**WHOLE WOMAN'S HEALTH;** Austin Women's Health Center; Killeen Women's Health Center; Nova Health Systems, doing business as Reproductive Services; Sherwood C. Lynn, Jr., M.D., on behalf of themselves and their patients; Pamela J. Richter, D.O., on behalf of themselves and their patients; Lendol L. Davis, M.D., on behalf of themselves and their patients, Plaintiffs–Appellees–Cross–Appellants

v.

John **HELLERSTEDT,** M.D., Commissioner of the Texas Department of State Health Services, in his Official Capacity; Mari Robinson, Executive Director of the Texas Medical Board, in her Official Capacity, Defendants–Appellants–Cross–Appellees.

No. 14–50928

United States Court of Appeals, Fifth Circuit.

Filed August 18, 2016

Stephanie Toti, Esq., Staff Attorney, David Patrick Brown, Center For Reproductive Rights, U.S. Legal Program, Esha Bhandari, American Civil Liberties Union Foundation of New York, Joseph Alexander Lawrence, Esq., Morrison & Foerster, L.L.P., New York, NY, Betre Mussie Gizaw, Morrison & Foerster, L.L.P., Washington, DC, Patrick J. O'Connell, Jan Soifer, O'Connell & Soifer, L.L.P., Austin, TX, for Plaintiffs–Appellees Cross–Appellants.

Scott A. Keller, Solicitor, Jonathan F. Mitchell, Beth Ellen Klusmann, Esq., Michael P. Murphy, Andrew S. Oldham, Deputy General Counsel, Office of the Attorney General, Office of the Solicitor General, James Davis Blacklock, Senior Counsel, Office of the Attorney General, Executive Administration, Austin, TX, for Defendants–Appellants Cross–Appellees.

Walter Martin Weber, Stuart J. Roth, American Center for Law & Justice, Washington, DC, CeCe Heil, Jay A. Sekulow, Esq., American Center for Law & Justice, Virginia Beach, VA, Mailee Rebecca Smith, Esq., Counsel, Illinois Policy Institute, Springfield, IL, for Amici Curiae American Center for Law and Justice, Texas Alliance for Life, Houston Coalition for Life, Texans For Life, John Carona, Texas Values, Bob Deuell, Craig Estes, Kelly Hancock, Robert Nichols, Charles Perry, Charles Schwertner, M.D., Kel Seliger, Larry Taylor, Trent Ashby, Jimmie Don Aycock, Cecil Bell, Jr., Dwayne Bohac, Cindy Burkett, Angie Chen–Button, Travis Paul Clardy, Myra Crownover, Tony Dale, Lynn, John Frullo, Linda Harper–Brown, Todd Hunter, Jason Isaac, Kyle Kacal, James Keffer, John Keumpel, Philip King, Matt Krause, Lyle Larson, Jeff Leach, Jodie Laubenberg, Geanie Morrison, Douglas Miller, Rick Miller, Chris Paddie, Debbie Riddle, Kenneth Sheets, David Simpson, Ron Simmons, John Smithee, Drew Springer, James White, Paul Workman, John M. Zerwas, M.D.

Michael J. Norton, Natalie Lynn Decker, Alliance Defending Freedom, Greenwood Village, CO, Steven H. Aden, Catherine Glenn Foster, Alliance Defending Freedom, Washington, DC, Stephen Daniel Casey, Esq., Attorney, Casey Law Office, P.C., Round Rock, TX, Catherine Wynne Short, Life Legal Defense Foundation, Ojai, CA, Gregory R. Terra, Texas Center for Defense of Life, Georgetown, TX, for Amici Curiae Alliance Defending Freedom, American Association of Pro–Life Obstetricians & Gynecologists, Donna Harrison, M.D., Life Legal Defense Foundation, Texas Center for Defense of Life, Abby Kristen Johnson, And Then There Were None, Carol Everett, Heidi Group.

Allan Edward Parker, Jr., Justice Foundation, San Antonio, TX, for Amici Curiae Women Injured by Abortion, Dawn Milberger.

Lawrence John Joseph, Washington, DC, for Amici Curiae Charles Anderson, Dennis Bonnen, Greg Bonnen, Giovanni Capriglione, John E. Davis, Pat Fallon, Allen Fletcher, James Frank, Bryan

Hughes, Stephanie Klick, George Lavender, Jim Murphy, John Otto, Tan Parker, Larry Phillips, Jim Pitts, Scott Sanford, Matt Schaefer, Jonathan Stickland, Ed Thompson, Steve Toth, Scott Turner, Bill Zedler, Rodney Anderson, Wayne Faircloth, Mark Keough, Brooks Landgraf, Dade Phelan, Matt Rinaldi, Mike Schofield, Matt Shaheen, Stuart Spitzer, Molly S. White, John Wray, Brian Birdwell, Donna Campbell, Brandon Creighton, Troy Fraser, Glenn Hegar, Jr., Eddie Lucio, Jr., Jane Nelson, Bob Hall, Don Huffines, Texas Eagle Forum, Association of American Physicians & Surgeons, Incorporated, Texas Right to Life, Eagle Forum Education and Legal Defense Fund, Van Taylor.

Carrie Yvette Flaxman, Planned Parenthood Federation of America, Washington, DC, for Amici Curiae Planned Parenthood Center for Choice, Planned Parenthood of Greater Texas Surgical Health Services, Planned Parenthood South Texas Surgical Center.

Kimberly A. Parker, WilmerHale, Washington, DC, for Amici Curiae American College of Obstetricians and Gynecologists, American Medical Association.

Before PRADO, ELROD, and HAYNES, Circuit Judges.

## ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM:

 In light of *Whole Woman's Health v. Hellerstedt*, —— U.S. ——, 136 S.Ct. 2292, 195 L.Ed.2d 665 (2016), Texas Health and Safety Code section 171.0031(a)(1), enacted by Act of July 12, 2013, 83d Leg., 2d C.S., ch. 1, § 2, 2013 Tex. Gen. Laws 5013, 5013–14, which requires a physician performing an abortion to have active admitting privileges at a hospital within 30 miles of the location of the abortion, along with its implementing regulations, 25 Tex. Admin. Code §§ 139.53(c)(1), 139.56(a)(1), is unconstitutional and may not be enforced. Also in light of *Whole Woman's Health*, the second sentence of Texas Health and Safety Code section 245.010(a) enacted by Act of July 12, 2013, 83d Leg., 2d C.S., ch. 1, § 4, 2013 Tex. Gen. Laws 5013, 5017, which requires abortion-facility regulations to meet the minimum standards of ambulatory surgical centers, along with its implementing regulation 25 Tex. Admin. Code § 139.40, is unconstitutional and may not be enforced.

This order does not enjoin the enforcement of any statute or regulation not specified above.

The judgment of the district court is vacated and the case is remanded for further proceedings not inconsistent with this opinion.

**VACATED AND REMANDED.**